**Exhibit A to the Complaint**

**Location:** Wylie, TX  **IP Address:** 68.203.141.163
**Total Works Infringed:** 35  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0BC27B470E33E6B97166ADC6BC74650A0C72AC6A<br>File Hash:<br>7CB3D172D6CC0922236F5DB5BA2336D4DCC99A13CCAE90E9A54C3C5B25082AB1 | 01-25-2023 23:13:15 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 2 | Info Hash: FFE5224A5E3925847375F8E327267AC2B3148E49<br>File Hash:<br>5DDEDA2C21234E18A2388E4956D2DFAC0A8A6DA58AEE52EEDECD4A8DBE69AA33 | 01-24-2023 22:43:52 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 3 | Info Hash: BD854768B2F7F60A088E5A249207DEACEE5A7CD0<br>File Hash:<br>447C527955F6E538FE6D150312C4E4B5FF83E1EDF58AD42BE5A743D0481BAC0C | 01-24-2023 22:33:53 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 4 | Info Hash: 016161E8AA898792B643580F2DB238D327C6ACC3<br>File Hash:<br>953828B3BE15991749CC09CA4AAB940EBF9ED677ECBFCDB9F3C993294444E817 | 01-24-2023 22:28:59 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 5 | Info Hash: 97285CD56E2C7C48CE5CD4C1705BE7532FFA3162<br>File Hash:<br>AFB9D6A20CB9EF701057374B409E540AA209043245E215C1FDEA6433F30F031F | 01-15-2023 22:18:29 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 6 | Info Hash: BC7EB7895A49E227BFC10CF1ACA2C7A4A82BF030<br>File Hash:<br>901C3E8756B93139BEB275455DFF0FCABC118DDBD490E3629F87C0B0F1D47358 | 01-10-2023 20:45:15 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 7 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash:<br>0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 12-12-2022 04:48:00 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 8 | Info Hash: 2A442D5C97361AE2B519E1E84CF2D052532D5965<br>File Hash:<br>BE95110B0425CE9A42124B848EE8C8610D0378D97D31B729E6AA2A196A7ED522 | 12-07-2022 17:57:11 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 9 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash:<br>1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 11-28-2022 05:12:43 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 10 | Info Hash: A8EEB7D3BE975F1E82563589CBDC5AF00199E454<br>File Hash:<br>A10BFD823582568B20A3BD6C3D66D4A7CCCA9E7EAD59FE514AF413766A9CDA44 | 11-28-2022 03:03:00 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 11 | Info Hash: 24E9045D6E0CA4035B0D5BEE8AFD227C2F3AFFA2<br>File Hash:<br>83D4E90F31F5FA22E3F05A7B41A37BF3AF8E7F5C1E973D86002B675C5E8E5CEA | 11-21-2022 20:34:29 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 614EB03E0456C4DD438C17A5C6AC80D8C991833A<br>File Hash: 87B70F5CF8D5F3DAB6CA49849F1EDABACE7938F6AE45220F4B66FA1014249A06 | 11-18-2022 22:00:54 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 13 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash: AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 11-02-2022 06:06:19 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 14 | Info Hash: 360953C9CC1BB89C7408B8C2C3ABC896C0836D83<br>File Hash: 76D1DE1208812A2996C02F9290DBBF43F7894BD83EF5361824E6689309E38278 | 10-28-2022 06:34:03 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 15 | Info Hash: E522C7980247A13A96E32357E46232F398486B45<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 10-25-2022 05:28:31 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 16 | Info Hash: 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790<br>File Hash: CA8843DC14DBC4CFFB2D7BCA9970DACE3D7D26DC624B5F1FAAA70E2FD66D2B99 | 10-25-2022 05:28:20 | Blacked Raw | 06-01-2018 | 07-14-2018 | PA0002128077 |
| 17 | Info Hash: 900BAB676337C1F701BB40F026ABFE58A241F810<br>File Hash: C7E9C8AE0E9153541F167759770B637E30E3F3A2BED8EC63078B68E09DD725E6 | 10-24-2022 14:12:19 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 18 | Info Hash: A50DA64F593C414E6332A2B987C875DFFD297BD9<br>File Hash: 3ED6AB6927CDE5BA6CD646D1BF23C0002BAB6D3F5DA15852459C776F5FB33FE5 | 10-14-2022 06:20:21 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 19 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 09-14-2022 18:08:37 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 20 | Info Hash: B2F6F377C7CA6CE1DC0B21FB526FC437665E7483<br>File Hash: A85D1BD0DB7A5D3A1B5DFF1B94FCC5D24ACD174A5C44E4076AF04706AEF90FEC | 09-14-2022 18:00:56 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 21 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 08-29-2022 09:01:02 | Blacked Raw | 03-28-2019 | 05-28-2019 | PA0002200777 |
| 22 | Info Hash: 67AFA0C22392BF43BB0C9F890B0701FE72CF0B78<br>File Hash: B7EA5B6778A1DA271595E5FFBDF5FB5B3BD407EA694BB1BB3F0FB73CF014CA82 | 08-10-2022 06:01:50 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 23 | Info Hash: EAE792E7063378C4FF1EBB88FD015418B92E58A1<br>File Hash: A5DB0C8A1538FF800291A6C9F6B4EE3C8F909FBB7ED33E5A06F59DD5DDA997FF | 08-03-2022 22:01:48 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash: C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 07-25-2022 07:04:28 | Blacked Raw | 10-29-2018 | 12-10-2018 | PA0002145837 |
| 25 | Info Hash: 9B28A88C9D906C8A1FD82FC58C904B89B49D649C<br>File Hash: 4DDA8B4A98861A4DD3A9B837DA32A4D83498464044009B50949A977415C52D7E | 06-28-2022 02:34:23 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 26 | Info Hash: A88B603322BF187C8BBA11B011BAA6896B16FD0E<br>File Hash: 11DF5105317A7853DF00BE01797F850ABF0BDC4534AFCE164904B10F78AEA29D | 06-12-2022 08:35:58 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 27 | Info Hash: EF805B2D1EBB4B6646CC4D55C927F75BA9C0615D<br>File Hash: 784BFE75D283C783F7044A0A1255798721F20E721F81B7A552B9396BD16747CB | 05-24-2022 06:22:33 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 28 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash: C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 05-22-2022 05:55:47 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 29 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 05-18-2022 05:00:52 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 30 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 05-18-2022 04:39:19 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 31 | Info Hash: A8ACCBA5E8CF0D8ABF341758D9D788C9AEF138A1<br>File Hash: AFCF49B8B9A4B20C87E856A700CDA399F65BB5040CD14A30F8E54DEDBDC36258 | 04-04-2022 06:57:16 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 32 | Info Hash: 25FDB4399377A227521AEC61DCAA47C346DFE01C<br>File Hash: 05EB528CDD2281B503460FF042954C24F6221181A76F08D84EEDF2BD66FAE947 | 02-25-2022 03:56:22 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |
| 33 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash: 586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 02-17-2022 20:02:51 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |
| 34 | Info Hash: 3DF02297492E674C47F69F153E942004D89BD841<br>File Hash: 1B75F5D20E506A8B5225C95BD70DD6A2CBE469B9205E2570871862F56C98B07F | 02-17-2022 19:53:08 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 35 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash: BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 02-15-2022 06:44:37 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |